IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHARLES A. WALKER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 3:11-cv-545 |
| | ) |
| WARDEN HENRY STEWART, | ) Judge William J. Haynes, Jr. |
| | ) |
| Defendants. | ) |

## ORDER

Petitioner Charles A. Walker was convicted and sentenced by the Circuit Court for Montgomery County, Tennessee at Clarksville after a jury trial, and is presently an inmate at the West Tennessee State Penitentiary in Henning, Tennessee. He has now submitted a *pro se* petition under 28 U.S.C. § 2254 for a writ of habeas corpus.

The Court has conducted a preliminary review of the petition and finds that the Petitioner has state a colorable claim for relief. Rule 4, Rules Gov'g § 2254 Cases. Accordingly, the Respondent shall file an answer, motion, or other response within thirty days of the date of entry of this Order on the docket. Rule 5, Rules Gov'g § 2254 Cases. The response shall state whether this case is a second or successive petition under 28 U.S.C. § 2244(b)(3)(A) and shall also address the question of whether the petition is timely.

The Clerk is directed to serve a copy of the petition and this Order by certified mail on the respondent and the Attorney General of Tennessee. Rule 4, Rules Gov'g § 2254 Cases.

It is so **ORDERED**.

**ENTERED** this the 26th day of July, 2011.

William J. Haynes, Jr.
United States District Judge