IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

AT NASHVILLE

| | |
|---|---|
| <u>Charles A. Walker</u><br>**Petitioner**<br><br>v.<br><br><u>Warden Henry Stewart</u><br>**Respondent** | )<br>)<br>)<br>)  No: 3:11-cv-545<br>)<br>)  Judge William J. Haynes, Jr.<br>) |

**MOTION TO EXPAND THE RECORD**

*[Handwritten notations: ORDER / Thus motion is GRANTED / WJH / 1-26-12]*

Comes now the Petitioner Charles A. Walker, Pro se, and respectfully requests that this Honorable Court grants his request to expand the record pursuant to Rule 7, Expanding the Record, 28 U.S.C. § 2254. Petitioner would state that he has examined the record he received from the State and can nowhere find the documents. The following documents should be added to the record in order to substantiate Petitioner's contention that due to lack of funds, the defense attorney failed to represent the Petitioner as required by the Sixth Amendment of the United States Constitution.

1. Motion to Extend Deadlines to File Brief dated March 8, 2005;

2. Motion to Withdraw filed June 28, 2005;

3. Objection to Motion to Withdraw, July 6, 2005;

4. Order filed August 9, 2005;

5. Appellant's Motion for Effective Assistance of Counsel on Direct Appeal, August 14, 2005;

6. Motion to Reconsider Motion to Withdraw filed November 21, 2005;

7. Order filed December 9, 2005;

